**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Miles and Michael D. Lollis, Defendants,

Of whom Michael D. Lollis is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-000753

———————————

Appeal From York County
Debra A. Matthews, Family Court Judge

———————————

Unpublished Opinion No. 2020-UP-035
Submitted January 8, 2020 – Filed February 3, 2020

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

R. Chadwick Smith, of the South Carolina Department of
Social Services, for Respondent.

Bruce M. Poore, of Rock Hill, as the Guardian ad Litem.

––––––––––––

**PER CURIAM:**  Michael D. Lollis appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Lollis's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**

––––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.